ANTON H. MEYER, as Assignee of the UNITED STATES RESTAURANT AND REALTY COMPANY, Respondent, *v.* DAVID A. SCHULTE et al., Composing the Firm of SCHULTE & COMPANY, Appellants.

*Meyer v. Schulte*, 148 App. Div. 892, affirmed.
(Submitted March 26, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1911, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover installments of rent reserved by a written lease and payable monthly in advance. Defendants set up an affirmative defense of actual eviction from a portion of the premises demised and counterclaimed for breach of covenant of quiet enjoyment. The fact upon which they rest this defense is alleged interference by the restaurant company with one Goodman, whom they had licensed to have desk room in their store and to stand a sightseeing automobile before it in the street. The question in the case being whether the plaintiff has unwarrantably interfered with the rights of the defendants in letting the curb rights to another company and interfering with the sightseeing automo-

biles which were placed there with the consent of the defendants.

*Jerome Eisner* for appellants.

*Alexander Gordon* and *William F. McCombs* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE and CUDDEBACK, JJ. Absent: HOGAN, J. Not sitting: MILLER, J.